IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
                Plaintiff,   )
                             )
vs.                          )          No. 05-00165-01-CR-W-SOW
                             )
RANDALL E. RUE,              )
                             )
                Defendant.   )

ORDER

Before the Court is defendant Randall E. Rue's Motion for Judicial Determination of

Competency (Doc. # 37).  Defendant is currently before the Court on allegations that he has

violated the conditions of his supervised release.  Defendant, through his counsel, Stephen C.

Moss, requested a judicial determination of defendant's competency prior to his supervised

release revocation hearing.  Counsel for the government did not oppose this request.  Defendant

was committed to a United States Medical Center for Federal Prisoners to undergo a psychiatric

or psychological examination.  A Forensic Evaluation, dated January 2, 2007, was prepared by

Jeremiah Dwyer and reviewed by Gary Bolz of the Federal Detention Center in Englewood,

Colorado.  The Evaluation concludes that at the present time the defendant is not suffering from

any emotional or mental symptoms that would significantly impair his competency to stand trail,

his ability to understand the nature and consequences of the court proceedings against him or his

ability to properly assist counsel in his defense.  During a hearing on January 16, 2008,

defendant Rue and the government stipulated to the Forensic Evaluation.

Therefore, with no objection having been filed and having made an independent review

of the record and applicable law, it is hereby

ORDERED that defendant Randall E. Rue's Motion for Judicial Determination of Competency (Doc. # 17) is granted, the Report and Recommendation of Magistrate Judge Sarah W. Hays is adopted in its entirety.  It is further

ORDERED that this Court finds that the defendant Randall Rue is not currently suffering from a mental disease or defect that would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense and that he is competent to proceed with a hearing on the issue of whether he violated conditions of his supervised release.


__/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: __1/31/2008_____